UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANSON WILLIAM HAMM,

                Plaintiff,

   v.

SOTAP STAFF,

                Defendant.

Case No. C20-1522-MJP

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and noting the absence of any objections, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (Dkt. No. 11) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a viable claim for relief under 42 U.S.C. § 1983. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

\\

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

DATED this 25th day of February, 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2